**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 07, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO. 18-11606-TMD** |
| **JAMES D. BARTZ** | |
| **SHARON K. OOTEN** | |
| **DEBTORS** | **CHAPTER 13** |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Came on to be heard on February 26, 2019 in Austin, Texas, the Confirmation Hearing for the above-referenced case, at which, Deborah B. Langehennig, Chapter 13 Trustee, appeared in person and the Debtors appeared by and through Debtors' attorney of record.

The Court finds that Confirmation of the Chapter 13 Plan filed on December 5, 2018 is **DENIED**.

The Confirmation Hearing on the Amended Plan filed on February 22, 2019 shall be held on March 26, 2019 at 1:00 PM at U.S. Bankruptcy Courtroom 2, 903 San Jacinto, Third Floor, Austin, TX 78701.

IT IS THEREFORE **ORDERED**, **ADJUDGED** and **DECREED** that the Confirmation of the Chapter 13 plan filed on December 5, 2018 is **DENIED**.

IT IS FURTHER **ORDERED**, **ADJUDGED** and **DECREED** that the Confirmation Hearing on the Amended Plan filed on February 22, 2019 shall be held on March 26, 2019 at 1:00 PM subject to the findings above.

###

ORDER PREPARED BY:

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752